No. 62. FREDERICK H. VOGT, APPELLANT, v. MATILDA S. VOGT, BY HER GUARDIAN AD LITEM, PAULINE VOGT. Appeal from the Court of Appeals of the District of Columbia. Argued for appellant October 25 and 26, 1906. The court declined to hear further argument. Decided October 29, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Schlosser* v. *Hemphill,* 198 U. S. 173; *California Consolidated Mining Company* v. *Manley, ante,* p. 579, and cases cited. *Mr. John*

*C. Gittings* for appellant. *Mr. Leon Tobriner* and *Mr. J. J. Darlington* for appellee.